# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 SEP 12 A 9:16
CLERK OF COURT

(Full name of plaintiff(s))

Jacqueline Hood
3839 N 3rd St
Milwaukee WIS

v.

(Full name of defendant(s))

Nemak
4243 Gateway Dr. Sheboygan
WIS 53081

Case Number:

**25-C 1399**

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of __WIS__ and resides at
   (State)
   __3839 N 3rd St Milwaukee__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Nemak__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____WIS_____
(State, if known)

and (if a person) resides at ___4243 Gateway Dr.___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Nemak__ __4243 Gateway Dr___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The 1.) A supervisor at Nemak two supervisor held me hostage in a room, A femal harassed me on the first day she seen me, I didn't even knad it at the time, I thought it was the trainer. The woman Supervisor Keep harassing me about steel toe boot's I had on, even though I Let my trainer step on my feet ever day with the same steel toe boot's. This same supervisor started harassing me about my pay, about any person that would train me on her shift, had males come up to me about my pay, stated she was not going to help train me because it was not her job, she would not let any one train me.

Complaint – 2

1) I got to work on my last day the supervisor came up to me and stated I am not training you. This was after I collected my samples.

2) I stated "I just going to call the manager" because they sayed you don't have to some one esle would. she said "No one is going to train you at all". I said "I am going to call the manager!". She sayed "I am going to call the manager and she called her supervisor, I talked to the supervisor and she stated that she should just let the other person train me and just get the work done. I said okay and she stated "manager" she is going to call the manager. So, I told her I am going up stair to take some pain meds for my leg's. she shoed me off. I side oky and

3) when up stairs to the locker Room. It was about 5 minut's later the supervisor came into the room with another super and would not let out of the for about 4 hours and thirty minut's. when they finally let me out of the room with zero other exit!, both supervisor insited that I state a something befor they let me go out of the room. We went back and forward about me saying they want me to state I said NO about a hunder time for about 4.5 hour's. when they let me go I called the police and they started harassing me even more on the phone with HR.

Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 100,000.00.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Damages Relief

1) Money because I lost this job under under unjust situation, I am asked for 100,000.00 dollars because of damages such as Lefted another job that I was working and was told that I could thrive there for more money. So, I lost more then a 100,000.00 dollars.

2) Time Lost between job, because the job is used on my (app) [application] because of it has to be noted by each job. So, I get or use this so, I loss out to othe applican's. The lost of time between each job.

3) Emotional relief and trauma

The attact's because of my skin color, or my sex, the relentless harassment of all sort.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES    ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __09/10/2025__ day of __10__, 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

__262-349-3125__
Plaintiff's Telephone Number

__3839 N 3rd st__
Plaintiff's Email Address

__hojac7@gmail.com__
__3839 N 3rd st__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:25-cv-01399-PP    Filed 09/12/25    Page 5 of 5    Document 1